Jacob Corday v. Jacob Sulzbach.— Application denied, with ten dollars costs. Order signed.

George E. Loeffler Land and Improvement Company v. D. Roger Englar.— Application denied, with ten dollars costs. Order signed.

Bertha Evans and Others v. Charles Poltz and Others.— Application granted. Order signed.

Pennsylvania Railroad Company v. James L. Titus.— Application granted. Order signed.

Walter C. Carr and Others v. Horatio G. Kimball and Others.— Motion denied, with ten dollars costs. See memorandum per curiam.

Robert S. Bird v. Press Publishing Company.— Motion denied, with ten dollars costs.

Bennett Bishop v. James A. Whitcomb.— Motion denied, with ten dollars costs.

Simon Heilbrunn v. German Alliance Insurance Company of New York. — Motion denied, with ten dollars costs.

Walter F. Trotter, as Receiver, etc., v. William A. Dick and Others.— Motions granted. Questions certified.

Walter F. Trotter v. Iron Railway Company, Impleaded, etc.— Motion granted. Questions certified.

Aleck W. Levy v. Benjamin Gomprecht.— Motion denied.

Charles S. Dansiger and Others v. Joseph Gottlieb.— Motion denied, with ten dollars costs, without prejudice to an application to the Special Term.

The People of the State of New York v. Charles S. Horowitz.— Motion and time extended to March 14, 1913. Order to be settled on notice.

Carnegie Trust Company v. Charles G. Chapman.— Motion denied, with ten dollars costs.

Samuel A. Salvage v. Hartley Silk Manufacturing Company.— Application granted. Order to be settled on notice.

Justus N. Williams v. Reno R. Billington and Others.— Motion denied, without costs, with leave to renew after determination of appeal to Court of Appeals. Order to be settled on notice. Memorandum per curiam.

Elizabeth McM. Godley v. Crandall & Godley Company and Others.— Motion granted upon defendant executors giving additional bond and proceedings stayed until determination of appeal to Court of Appeals. See memorandum per curiam. Order to be settled on notice.

Jacob Schneider and Others v. Emil Goldfinger.— Motion granted and time within which case must be on the calendar extended to February 18, 1913. Order to be settled on notice.

In the Matter of The City of New York.— Application granted. (Dowling, J., dissented.)

In the Matter of William J. Burke, an Attorney.— Reference ordered to official referee. Order to be settled on notice.

Morris Weinus v. Benjamin Light and Others.— Application denied, with ten dollars costs. Order signed.